

Justin M. Gillman, Esq. (038891997)
**GILLMAN CAPONE LLC**
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664 (Tel.)
(732) 661-1707 (Fax)
ecf@gillmancapone.com (E-Mail)
Attorneys for Debtor(s)

**Order Filed on July 28, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| **MEGAN L LODGE** | Case No. 26-17792-CMG |
| Debtor(s) | |
| | Hearing Date: 07/28/2026 |
| | Judge: Hon. Christine M. Gravelle |

**ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS**

The relief set forth on the following pages, numbers two (2) through two (2) is

hereby ORDERED.

**DATED: July 28, 2026**

_Christine M. Gravelle_

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

In Re: Megan L Lodge
Case No: 26-17792-CMG

CAPTION: ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

**THIS MATTER** having been brought before the Court by way of the Debtor's
Application to Extend Time to File Missing Documents in this Chapter 13 Case; Justin M.
Gillman, Esq., Gillman Capone LLC, appearing for the Debtor; and the Court having
considered the submissions to it; and for Good Cause Shown;

**IT IS ORDERED THAT** the deadline to file missing documents is extended
to August 11, 2026.

- 2 -

4896-5911-8017, v. 1