UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: Bankr. Case No. 26-17792-CMG

Megan L Lodge Chapter 13

Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

AmeriCredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX 76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX 76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re: Bankr. Case No. 26-17792-CMG

Megan L Lodge Chapter 13

Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on July 27, 2026 :

Justin M Gillman
770 Amboy Ave
Edison, NJ 08837

Albert Russo
Standing Chapter 13 Trustee
CN 4853
Trenton, NJ 08650-4853

By /s/ Mandy Youngblood
Mandy Youngblood

xxxxx56751 / 1136981