Justin M. Gillman, Esq. (038891997)
**GILLMAN CAPONE LLC**
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664 (Tel.)
(732) 661-1707 (Fax)
ecf@gillmancapone.com (E-Mail)
Attorneys for Debtor(s)

**Order Filed on July 28, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>**MEGAN L LODGE**<br><br>Debtor(s) | Chapter 13<br><br>Case No. 26-17792-CMG<br><br><br>Hearing Date: 07/28/2026<br><br>Judge: Hon. Christine M. Gravelle |

**ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS**

The relief set forth on the following pages, numbers two (2) through two (2) is

hereby ORDERED.

**DATED: July 28, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

In Re: Megan L Lodge
Case No: 26-17792-CMG

CAPTION: ORDER EXTENDING TIME TO FILE MISSING DOCUMENTS

**THIS MATTER** having been brought before the Court by way of the Debtor's
Application to Extend Time to File Missing Documents in this Chapter 13 Case; Justin M.
Gillman, Esq., Gillman Capone LLC, appearing for the Debtor; and the Court having
considered the submissions to it; and for Good Cause Shown;

**IT IS ORDERED THAT** the deadline to file missing documents is extended
to August 11, 2026.

4896-5911-8017, v. 1

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-17792-CMG

Megan L Lodge                                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 28, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2026:**

**Recip ID           Recipient Name and Address**
db           + Megan L Lodge, 351 Spruce Drive, Brick, NJ 08723-5949

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2026           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Justin M Gillman | on behalf of Debtor Megan L Lodge ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4