Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26−17792−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Megan L Lodge
    351 Spruce Drive
    Brick, NJ 08723

Social Security No.:
    xxx−xx−6663

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            9/16/26
Time:            10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: August 4, 2026
JAN: mmf

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                  Case No. 26-17792-CMG

Megan L Lodge                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                Page 1 of 3

Date Rcvd: Aug 04, 2026                       Form ID: 132                               Total Noticed: 47

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Megan L Lodge, 351 Spruce Drive, Brick, NJ 08723-5949 |
| 521318097 | + | Department of Housing and, Urban Development, Attn.: Single Family Notes Branch, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 521278622 | | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 521318100 | | New Jersey Natural Gas, 1415 Wycoff, Lake Como, NJ 07719 |
| 521278626 | + | Ocean County Sheriff's Office, Attn: Foreclosures, 101 Hooper Avenue, Room 119, Toms River, NJ 08753-7605 |
| 521278627 | + | Power Pay Llc, Attn: Bankruptcy, 2900 Horizon Dr Suite 200, King of Prussia, PA 19406-2651 |
| 521281275 | + | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 521278639 | + | Zachary Romano, Court Officer, P.O. Box 565, Whitehouse Station, NJ 08889-0565 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 04 2026 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 04 2026 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521312006 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 04 2026 21:45:00 | AmeriCredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 521278604 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 04 2026 21:57:47 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Floor 4, Pittsburgh, PA 15212-5862 |
| 521278605 | | Email/PDF: bncnotices@becket-lee.com | Aug 04 2026 21:57:34 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 521278606 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 04 2026 21:57:17 | Brand Source/Citi Bank, Attn: Citcorp Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 521278607 | | Email/Text: rm-bknotices@bridgecrest.com | Aug 04 2026 21:46:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 521278608 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 04 2026 21:57:32 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 521278609 | + | Email/Text: BAN5620@UCBINC.COM | Aug 04 2026 21:45:00 | Citibank/The Home Depot, c/o United Collection Bureau, Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 521278610 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2026 21:45:00 | Comenity Bank/Lane Bryant CC, Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 521278611 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2026 21:45:00 | Comenity Bank/Torrid, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

District/off: 0312-3                                    User: admin                                    Page 2 of 3
Date Rcvd: Aug 04, 2026                                 Form ID: 132                                    Total Noticed: 47

| 521278612 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 04 2026 21:45:00 | Comenity Capital/petco, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 521278613 | + Email/Text: bankruptcies@crownasset.com | Aug 04 2026 21:45:00 | Crown Asset Management, LLC, 3100 Breckinridge Boulevard Suite 725, Duluth, GA 30096-7605 |
| 521278614 | + Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 04 2026 21:45:00 | Dovenmuehl Mortgage, Attn: Bankruptcy, Mailstop 1290, 1 Corporate Drive Ste 360, Lake Zurich, IL 60047-8945 |
| 521278615 | Email/Text: bankruptcycourts@equifax.com | Aug 04 2026 21:45:00 | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 521278616 | ^ MEBN | Aug 04 2026 21:45:13 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 521278617 | + Email/Text: ecourts.col_efilings@fskslaw.com | Aug 04 2026 21:45:00 | FEIN, SUCH, KAHN & SHEPARD, P.C., 6 Campus Drive Suite 304, Parsippany, NJ 07054-4673 |
| 521278619 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 04 2026 21:45:00 | GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 521278618 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 04 2026 21:46:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 521318098 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 04 2026 21:45:00 | Internal Revenue Service (IRS), Department of Treasury, Po Box 7346, Philadelphia, PA 19101-7346 |
| 521278620 | + Email/Text: JCAP_BNC_Notices@jcap.com | Aug 04 2026 21:46:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy 200 14th Avenue E, Sartell, MN 56377-4500 |
| 521278621 | ^ MEBN | Aug 04 2026 21:46:06 | KML Law Group, P.C., 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 521318099 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2026 21:57:16 | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence,, Attn: Bankruptcy, PO Box 1269, Greenville, SC 29602-1269 |
| 521310791 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 04 2026 21:57:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521278623 | Email/Text: camanagement@mtb.com | Aug 04 2026 21:45:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 521278624 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 04 2026 21:46:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 521278625 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 04 2026 21:45:00 | Mr Cooper, Attn: Bankruptcy, PO Box 613287, Dallas, TX 75261-3287 |
| 521278628 | Email/Text: signed.order@pfwattorneys.com | Aug 04 2026 21:45:00 | Pressler, Felt & Warshaw, LLP, 7 Entin Road, Parsippany, NJ 07054 |
| 521314031 | Email/Text: bnc-quantum@quantum3group.com | Aug 04 2026 21:45:00 | Quantum3 Group LLC as agent for, Titan Asset Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 521278629 | ^ MEBN | Aug 04 2026 21:46:34 | Selip & Stylianou, LLP, 10 Forest Avenue Suite 300, Paramus, NJ 07652-5238 |
| 521278630 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 04 2026 21:57:02 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521278631 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 04 2026 21:57:43 | Syncb/walm, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521278632 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 04 2026 21:57:31 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 521278633 | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 04 2026 21:57:31 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 521278634 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 04 2026 21:57:32 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO |

District/off: 0312-3      User: admin      Page 3 of 3

Date Rcvd: Aug 04, 2026      Form ID: 132      Total Noticed: 47

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Box 965060, Orlando, FL 32896-5060 |
| 521278635 | ^ | MEBN | Aug 04 2026 21:46:09 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 521278636 | ^ | MEBN | Aug 04 2026 21:44:31 | TransUnion, Po Box 2000, Chester, PA 19016-2000 |
| 521318101 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 04 2026 21:46:00 | Transworld Systems Inc., PO Box 15618, Wilmington, DE 19850-5618 |
| 521278637 | + | Email/Text: UpStart@ebn.phinsolutions.com | Aug 04 2026 21:45:00 | Upstart Finance, Attn: Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521278638 | | Upstart Network Inc |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 4, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Justin M Gillman | on behalf of Debtor Megan L Lodge ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Matthew K. Fissel | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4